**Judge Hellerstein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHEEL A

- - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA      :     Notice of Intent to File
:     An Information
- v. -                        :
:
ELIAS HERBERT HAFEN,          :     19 Cr. _____
  a/k/a "Elias Niggebrugge,"  :
:     **19 CRIM 637**
            Defendant.        :
:
- - - - - - - - - - - - - - - X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 28, 2019

                          GEOFFREY S. BERMAN
                          United States Attorney

                      By: _____
                          Jacob R. Fiddelman
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

                      By: _____
                          E. Scott Schirick, Esq.
                          Attorney for Elias Herbert Hafen

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2019