UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :     WAIVER OF INDICTMENT

    - v. -     :     **19 CRIM 637**

ELIAS HERBERT HAFEN,     :
  a/k/a "Elias Niggebrugge,"     :     **Judge Hellerstein**

    Defendant.     :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 4 2019

    The above-named defendant, who is accused of violating Title 15, United States Code, Sections 80b-6 and 80b-17, and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date:    New York, New York
          September 4, 2019

                                                Elias Herbert Hafen
                                                Defendant

                                                Witness

                                                E. Scott Schirick, Esq.
                                                Counsel for Defendant