UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

United States of America,

                              Plaintiff,

    -against-

Elias Hafen,

                              Defendant.

------------------------------------------------------------ X

**SCHEDULING ORDER**

19 Cr. 637 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing hearing presently scheduled for February 4, 2020, is hereby adjourned to February 11, 2020, at 12:00pm.

SO ORDERED.

Dated:     January 31, 2020
              New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-20