UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
United States of America,                                     :
                                                              :  **SCHEDULING ORDER**
                              Plaintiff,                      :
                                                              :  19 Cr. 637 (AKH)
        -against-                                             :
                                                              :
Elias Hafen,                                                  :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of scheduling conflicts, the sentencing presently scheduled for February 11, 2020, shall instead be held at February 4, 2020, at 4:00pm.

SO ORDERED.

Dated:   January 31, 2020
         New York, New York

                                                _____
                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

SDC SDNY
OCUMENT
ELECTRONICALLY FILED
OC #:
DATE FILED: 1-31-20