UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
       :
UNITED STATES OF AMERICA,      :
       :   **ORDER DENYING REQUEST TO ADJOURN**
       :
  -against-      :
       :   19 Cr. 637 (AKH)
ELIAS HAFEN,      :
       :
            Defendant.  :
       :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant, an investment adviser, committed a serious fraud against his customers, siphoning $1.6 million from them to his own pockets, and leaving $745,000 unpaid, and without probability of being paid all or most of that debt.  His guidelines provided a custodial range of 46 to 57 months; I sentenced him to 30 months, followed by three years of supervised release, with custody to begin April 7, 2020.  In fixing sentence, I took into consideration defendant's age, coronary condition, his medical and physical needs and other relevant factors.  At defendant's request and without objection by the government, I adjourned his reporting date several times, until October 23, 2020.  Defendant now asks for another 60-day postponement, to December 22, 2020.

      I deny the request.  The end of the Covid pandemic is not predictable, and successive postponements are not acceptable.  Defendant committed serious crimes over a seven year period.  Like other people who commit serious crimes, he must serve his term.

      Defendant shall report to the place designated by the Bureau of Prisons or, failing that, the MCC, at 2:00 pm on November 4, 2020.

SO ORDERED.

Dated: October 16, 2020          __/s/ Alvin K. Hellerstein_____
       New York, New York            ALVIN K. HELLERSTEIN
                                     United States District Judge