

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806        pryorcashman.com

**Daniel V. Derby**

Direct Tel: 212-326-0438
Fax: 212-326-0806
DDerby@PRYORCASHMAN.com

November 19, 2021

**VIA ECF**
Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The request is approved. So ordered.
/s/ Alvin K. Hellerstein
November 22, 2021

      Re:    *United States v. Hafen*, No. 19 Cr. 637 – Defendant's Request for Leave to File Medical Records Under Seal

Dear Judge Hellerstein:

    We are counsel to Defendant Elias Herbert Hafen in the above-referenced matter. We write to inform the Court that we plan to file a motion for compassionate release ("Motion") on Mr. Hafen's behalf next week. In support of the Motion, we will be filing certain exhibits comprised of Mr. Hafen's medical records ("Exhibits"), and we respectfully seek the Court's leave to file these Exhibits under seal. The Government consents to this request.

    Should the Court grant this request, Defendant will submit the Exhibits to Chambers via e-mail, unless the Court requires a different method of submission. We thank the Court for its consideration.

Respectfully submitted,

Daniel V. Derby

cc:    All counsel (via CM/ECF)