

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2021

**BY ECF**

The request is approved.  So ordered.
/s/ Alvin K. Hellerstein
November 30, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Elias Herbert Hafen*, 19 Cr. 637 (AKH)

Dear Judge Hellerstein:

    The Government has received sentenced defendant Elias Herbert Hafen's recently filed motion for compassionate release pursuant to 18 U.S.C. § 3582(c). (Dkt. 38 *et seq.*) Given the volume of materials submitted by the defense in connection with that motion and the upcoming holidays, the Government respectfully requests until January 12, 2022, to file a response. The defense has no objection to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Defense counsel (by ECF)